UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

Case No.: 9:19-CV-80598-MIDDLEBROOKS/BRANNON

ALLISON DANNEHOLD n/k/a ALLISON
WEATHERSPOON, an individual,

    Plaintiff,

v.

VICTORIA J. MORTON, individually and
VICTORIA J. MORTON, P.A., a Florida
Professional Service Company,

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, ALLISON DANNEHOLD, by and through her undersigned counsel, hereby provides her statement of claim, which does not include attorneys' fees and costs incurred to date.

1. Plaintiff was hired by Hartley & Morton March 2011. When Attorney Hartley retired the end of December 2016, she continued to work for Victoria J. Morton P.A. starting January 2017. Plaintiff resigned because Ms. Morton failed to pay her.

2. Plaintiff's FLSA claim: Plaintiff is owed straight time in the amount of $9,850.00. She is owed liquidated damages in an equal amount for a total of $19,700.00. This amount is calculated as follows:

a. Week ending May 13, 2018:  worked 40 hours at rate of $25 per hour. Victoria J. Morton, P.A. paid $150.00 on June 28, 2018.  Owed $850.00.

b. Week ending May 20, 2018:  worked 40 hours at rate of $25 per hour. No amount paid.  Owed $1,000.00

c. Week ending May 27, 2018: worked 40 hours at rate of $25 per hour. No amount paid.  Owed $1,000.

d. Week ending June 3, 2018: worked 40 hours at rate of $25 per hour. No amount paid.  Owed $1,000.

e. Week ending June 10, 2018: worked 40 hours at rate of $25 per hour. No amount paid.  Owed $1,000.

f. Week ending June 17, 2018: worked 40 hours at rate of $25 per hour. No amount paid.  Owed $1,000.

g. Week ending June 24, 2018: worked 40 hours at rate of $25 per hour. No amount paid.  Owed $1,000.

h. Week ending July 1, 2018: worked 40 hours at rate of $25 per hour. No amount paid.  Owed $1,000.

i. Week ending July 8, 2018: worked 32 hours at rate of $25 per hour. No amount paid.  Owed $800. Plaintiff is also owed an additional amount of $200 holiday pay under section 448.08, Fla. Stat., as this amount was agreed upon and should have been paid to her for July 4, 2018.

    j.  Week ending July 14, 2018: worked 40 hours at rate of $25 per hour. No amount paid.  Owed $1,000.

3. The calculation of wages is set forth above.  Defendants agreed to pay Plaintiff $25 per hour and did so for a period of time, but then began paying only sporadically and then stopped altogether.

4. The wages are regular wages (not overtime).

5. The dates are detailed in paragraph 2 and on the attached timesheets.

Respectfully Submitted,

/s  Robyn S. Hankins
Robyn S. Hankins
Florida Bar No. 0008699
ROBYN S. HANKINS, P.L.
4600 Military Trail, Suite 217
Jupiter, FL 33458
Telephone: (561) 721-3890
Facsimile: (561) 721-3889
robyn@hankins-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2019, I served the foregoing document via CM/ECF email service to the email designated by Defendants for counsel of record, Victoria J. Morton, Esq., 6864 Hendry Drive, Lake Worth, FL 33463: Victoria@vjmlegal.com.

s/  Robyn S. Hankins
Robyn S. Hankins