UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80598-Civ-Middlebrooks/Brannon

ALLISON DANNEHOLD
a/k/a ALLISON WEATHERSPOON,

    Plaintiff,

v.

VICTORIA J. MORTON,
individually, and VICTORIA J. MORTON, P.A.,
a Florida Professional Service Company,

    Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court pursuant to this Court's previous Order Granting Plaintiff's Motion for Summary Judgment (DE 37), entered on October 21, 2019. Final judgment is entered pursuant to Federal Rule of Civil Procedure 58, as set forth below.

It is hereby **ORDERED and ADJUDGED** that:

1. Final Judgment is hereby entered in favor of Plaintiff Allison Dannehold and against Defendants Victoria J. Morton and Victoria J. Morton, P.A. in the amount of $12,384.

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida this 21 day of October, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record